**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **M.H., ET AL,** | |
| **Plaintiffs,** | **26-CV-00081 (ALC)** |
| **-against-** | **ORDER OF** |
| **NEW YORK CITY DEPARTMENT OF EDUCATION,** | **DISCONTINUANCE** |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice

to restoring the action to this Court's calendar if the application to restore the action is made

within forty-five (45) days.

**SO ORDERED.**

**Dated:**　**June 25, 2026**
　　　　**New York, New York**

_____
　　　**ANDREW L. CARTER, JR.**
　　　**United States District Judge**